IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE CAMACHO,

    Petitioner,                    No. CIV S-09-0988 GEB DAD P

  vs.

M. MCDONALD, Warden,

    Respondent.               ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has also requested an extension of time to file a traverse in this matter. Good cause appearing, the court will grant petitioner's request.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's July 13, 2009 motion for appointment of counsel (Doc. No. 14) is denied;

1    2.  Petitioner's July 13, 2009 motion for an extension of time (Doc. No. 15) is
2 granted; and
3    3.  Petitioner shall file and serve his traverse on or before August 17, 2009.
4 DATED: July 17, 2009.

    _____
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
cama0988.110+111