IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE CAMACHO,

    Petitioner,               No. CIV S-09-0988 GEB DAD P

    vs.

M. MCDONALD, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner has filed a second request for an extension of time to file and serve a traverse. Good cause appearing, petitioner's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's August 17, 2009 motion for an extension of time (Doc. No. 17) is granted; and

        2. Petitioner shall file and serve a traverse on or before September 16, 2009.

DATED: August 20, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
cama0988.111t(2)