IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GUADALUPE CAMACHO,

    Petitioner,                         No. CIV S-09-988 GEB CHS P

    vs.

M. MCDONALD,

    Respondent.              ORDER

_____/

        Camacho's petition for writ of habeas corpus was denied and judgment entered on May 27, 2011. In two motions filed on September 28, 2011, Camacho seeks a certificate of appealability. Review of the record reveals that this court already ordered in the September 28, 20011 order that a certificate of appealability shall not issue in this case. It is further noted that Camacho failed to file a timely notice of appeal in this case. Accordingly, the motions dated September 28, 2011 are hereby DENIED.

DATED: October 6, 2011

*[signature: Charlene H. Sorrentino]*

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1